**Petition for Writ of Mandamus is Denied; Opinion Filed April 8, 2013.**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-13-00386-CV**

**IN RE JASON LOUIS MCDERMOTT, Relator**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-06883-G**

**MEMORANDUM OPINION**

Before Justices O'Neill, Lang-Miers, and Evans
Opinion by Justice Evans

Relator contends the trial judge erred in ordering *in camera* production of a tax return. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relator has not shown he is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus.


/David W. Evans/
DAVID W. EVANS
130386F.P05                                     JUSTICE